UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re )
)
Patricia J. Koeneman ) Case No. 11-42501-705
f/k/a Patricia Dollins ) Chapter 7
) Motion 16
Debtor. )

## ORDER OF CONVERSION FROM CHAPTER 7 TO CHAPTER 13

### TO: ALL CREDITORS AND PARTIES IN INTEREST

On April 28, 2011, Debtor filed a motion to convert this Bankruptcy case from a Chapter 7 case to a Chapter 13 case. Therefore,

**IT IS ORDERED THAT**

1. The Debtor's Motion to Convert under 11 U.S.C. § 706(a) is GRANTED; and that an order for relief under Chapter 13 is entered as of April 28, 2011.

2. If not already filed, the Debtor shall file a Chapter 13 Matrix and the Attorney Compensation Disclosure Statement Form pursuant to Rule 2016b not later than seven (7) days from the date of this Order.

3. If not already filed, the Debtor shall file Chapter 13 Schedules, a Statement of Affairs and a Chapter 13 Plan not later than fourteen (14) days from the date of this Order.

4. The Office of the United States Trustee shall appoint a Chapter 13 Trustee, to serve with blanket surety bond posted pursuant to standing orders of this Court.

5. Notice of any application for compensation or reimbursement for services in the Chapter 7 case is to be given to the Debtor(s), Attorney for Debtor(s), the Chapter 7 and Chapter 13 Trustees and all secured creditors not later than ten (10) days after the date of this Order; and that any objection to such an application is to be filed not later than ten (10) days after such notice is mailed; and that thereafter, the applicant is to contact the Courtroom Deputy and request the entry of an appropriate Order.

6. The Chapter 7 Trustee is discharged of his trust, and is released from his responsibility to maintain a bond in this case.

7. The hearing on the motion for relief from the automatic stay filed on behalf of Green Tree Servicing, LLC is removed from this Court's docket of May 4, 2011; and that the automatic stay continue to operate until further order of the Court; and that the hearing in this matter is continued and reset in the Chapter 13 case; and that Movant's Counsel is to contact the Courtroom Deputy, obtain a date for the continued hearing in the Chapter 13 case, and thereafter give notice of such date to the Debtors, their Counsel and to the Trustee.

**IT IS FURTHER ORDERED** that this case will be reconverted from Chapter 13 to Chapter 7 without further notice or hearing if Debtor fails to timely:
 a. file the documents required by paragraphs 2 and 3 above;
 b. attend the Chapter 13 Section 341 meeting of creditors;
 c. propose a plan in good faith; **or**
 d. commence plan payments.

DATED: May 02, 2011
St. Louis, Missouri                                    CHARLES E. RENDLEN, III
mtc                                                    U.S. Bankruptcy Judge