# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

In re:  ) CASE NO: 11-42501-399  Chapter 13
    PATRICIA J KOENEMAN  )
 ) Trustee's Objection to Confirmation
 )
 ) Original confirmation hearing
Debtor(s)  ) set for Jul 11, 2011 10:00 AM

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
2. The plan fails to pay the full attorney fee owed per the 2016(b) form.
3. Debtor lacks sufficient income to fund the plan.
4. The set monthly payments to be made by the Trustee exceed the plan payment.
5. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
PLAN PAYS MOBILE HOME DEBT IN FULL BUT CONTAINS INSUFFICIENT FUNDS TO DO SO WITH CLAIM AS FILED. (VALUATION ISSUE)

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

KLW-221

Copy served on the following either through the Court's ECF system or by ordinary mail on June 23, 2011 :

HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON MO  63105

PATRICIA J KOENEMAN
2012 JEFFERY MARTIN
O FALLON MO  63366

/s/ John V. LaBarge, Jr.
--------------------------------
John V LaBarge Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143    (314) 781-8100
trust33@ch13stl.com   Fax:(314) 781-8881